UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLAND RICE,<br><br>        Petitioner<br><br>        v.<br><br>P. THOMPSON,<br><br>        Respondent. | No. 2:21-cv-0649 JAM CKD P<br><br>ORDER |

Petitioner asks that the undersigned recuse. Because petitioner fails to identify any valid ground for recusal, e.g. 28 U.S.C. § 455, his request is denied.

Dated: June 28, 2021

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rice0649.rec