UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLAND RICE, | No. 2:21-cv-0649 DAD CKD P |
| Petitioner, | |
| v. | ORDER |
| DAVID BREWER,[1] | |
| Respondent. | |

Petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus is submitted to the court for decision. On September 2, 2022, petitioner filed a motion to supplement his motion with additional argument and case law. Because petitioner fails to identify any specific issues raised in his petition which he believes require additional briefing and demonstrate that those issues require additional briefing, his motion (ECF No. 24) is denied.

Dated: January 4, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rice0649.sup

---

[1] Mr. Brewer is the current warden at petitioner's place of incarceration. Therefore, he is hereby substituted as the respondent in this action. See 28 U.S.C. § 2242 & Fed R. Civ. P. 25(d).