UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLAND RICE,<br><br>        Petitioner,<br><br>    v.<br><br>DAVID BREWER,<br><br>        Respondent. | No.  2:21-cv-0649 DAD CKD P<br><br><br>ORDER |

Petitioner has filed a motion for an extension of time to file an amended petitioner for writ of habeas corpus.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 27) is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file an amended petition for writ of habeas corpus.  Failure to file an amended petition within 30 days will result in a recommendation that this action be dismissed.

Dated:  March 2, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rice0649.ext