UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLAND RICE,<br><br>           Petitioner,<br><br>      v.<br><br>DAVID BREWER,<br><br>           Respondent. | No.  2:21-cv-0649 DAD CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

On January 17, 2023, petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 was dismissed with leave to amend. Petitioner was warned that failure to file an amended petition would result in dismissal. Petitioner has not filed an amended petition and the time allotted for petitioner to submit his amended petition has expired. Accordingly, IT IS HEREBY RECOMMENDED that this action is be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

/////

/////

specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 19, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rice0649.fta